UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   **ED CR 23-115-JFW**                                    Dated: April 12, 2024

===============================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Myra Ponce | Alexander S. Gorin |
| Courtroom Deputy | Court Reporter | Sarah E. Spielberger |
| | | Asst. U.S. Attorney |
| | | Present |

===============================================================
U.S.A. vs (Dfts listed below)           Attorneys for Defendant

1)   Ronald Johnson [65209-510]         1)   David R. Reed, CJA
     Present - In Custody                    Present

_____

**PROCEEDINGS:   HEARING ON MOTION TO SUPPRESS EVIDENCE AND DEFENDANT'S UNMIRANDIZED STATEMENT [42] Filed 3/14/24**

Case called, and counsel make their appearance.

Court hears oral argument and for the reasons stated on the record, the Court denies Defendant's Motion to Suppress Evidence and Defendant's Unmirandized Statement [42] Filed 3/14/24.

Court and counsel discuss status of the case.


CC: USPO/PSA; USM

Initials of Deputy Clerk   sr
1 /00